UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DINO N. THEODORE, and
ACCESS WITH SUCCESS, INC.,
        Plaintiff,

v.                                    CIVIL ACTION NO. 12-10277-MBB

NORTHEAST HEALTH SYSTEM, INC.,
        Defendant.

ORDER OF DISMISSAL

NOVEMBER 16, 2012

BOWLER, U.S.M.J.

      The court having been advised by the parties that the above-entitled action has been settled:

      It is **ORDERED** that this action is hereby **DISMISSED** with prejudice and without costs.

Upon good cause shown, any party may move to reopen the action within thirty (30) days if settlement is not consummated.

                                            /s/ Marianne B. Bowler
                                            MARIANNE B. BOWLER
                                            United States Magistrate Judge